## Mingo Brown, Appellant, v. Ollie Moore, and Odeal Moore, Appellees.

### Gen. No. 45,628.

Myer H. Gladstone, for appellant; John W. Rogers, for appellees. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.